UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK LESTER LEDAY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-440** |
| **GARY COOK, ET AL.** | **SECTION "J"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the defendants' motion for summary judgment, Rec. Doc. 53, is **GRANTED** and that plaintiff's motion for summary judgment, Rec. Doc. 56, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's claims for the destruction of his legal materials are dismissed with prejudice to their being asserted again until the Heck conditions are met.

**IT IS FURTHER ORDERED** that plaintiff's claims for the destruction of his non-legal materials and other personal property are dismissed with prejudice as frivolous and for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 24th day of October, 2011.

_____
**UNITED STATES DISTRICT JUDGE**